**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gorski, Thomas P** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Gorski, Michelle L** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Michelle Teronde-Gorski** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-2106** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-2287** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3610 Linden Drive**<br>**Island Lake, IL 60042** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**3610 Linden Drive**<br>**Island Lake, IL 60042** |
| County of Residence or of the<br>Principal Place of Business: **McHenry** | County of Residence or of the<br>Principal Place of Business: **McHenry** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7   ☐ Chapter 11   ■ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

---

**Statistical/Administrative Information** (Estimates only)

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Gorski, Thomas P** <br> **Gorski, Michelle L** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _Thomas P Gorski_ <br> Signature of Debtor **Thomas P Gorski** <br><br> X _Michelle Gorski_ <br> Signature of Joint Debtor **Michelle L Gorski** <br><br> Telephone Number (If not represented by attorney) <br> **May 23, 2004** <br> Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) <br> ☐ Exhibit A is attached and made a part of this petition. <br><br> **Exhibit B** <br> (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. <br><br> X _Steven J. Brody_        **May 23, 2004** <br> Signature of Attorney for Debtor(s)        Date <br> **Steven J. Brody 06205619** |

| **Signature of Attorney** <br><br> X _Steven J Brody_ <br> Signature of Attorney for Debtor(s) <br> **Steven J. Brody 06205619** <br> Printed Name of Attorney for Debtor(s) <br> **Steven J. Brody & Associates, Ltd.** <br> Firm Name <br> **101 N. Virginia Street, Suite 110** <br> **Crystal Lake, IL 60014** <br> Address <br> **815-479-8800  Fax: 815-479-8880** <br> Telephone Number <br> **May 23, 2004** <br> Date | **Exhibit C** <br> Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety? <br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ■ No |
|---|---|
|  | **Signature of Non-Attorney Petition Preparer** <br> I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. <br><br> Printed Name of Bankruptcy Petition Preparer <br><br> Social Security Number (Required by 11 U.S.C. § 110(c).) <br><br> Address <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |

| **Signature of Debtor (Corporation/Partnership)** <br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Authorized Individual <br><br> Printed Name of Authorized Individual <br><br> Title of Authorized Individual <br><br> Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> X _____ <br> Signature of Bankruptcy Petition Preparer <br><br> Date <br><br> A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |
|---|---|

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Thomas P Gorski,**
**Michelle L Gorski**

Case No. _____

_____

Debtors

Chapter _____ **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 132,500.00 | | |
| B - Personal Property | Yes | 3 | 5,757.16 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 116,292.03 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 178.98 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 102,529.92 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,099.88 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,749.47 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 138,257.16 | | |
| Total Liabilities | | | | 219,000.93 | |

In re    **Thomas P Gorski,**                                      Case No._____

             **Michelle L Gorski**

Debtors

# SCHEDULE A. REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Townhome**<br>**3610 Linden Drive**<br>**Island Lake IL 60042** | **Fee simple** | **J** | **132,500.00** | **114,792.71** |

|  |  |  |
|---|---|---|
| Sub-Total > | **132,500.00** | (Total of this page) |
| Total > | **132,500.00** | |
| | (Report also on Summary of Schedules) | |

<u>  **0**  </u>  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

In re    **Thomas P Gorski,**
**Michelle L Gorski**

Case No._____

_____
Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | J | **20.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account 8501174106 Harris Bank Crystal Lake** | J | **0.00** |
| | | | **Savings account 9510286446 Harris Bank Crystal Lake** | J | **7.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Misc household items and furniture** | J | **1,000.00** |
| | | | **Signature plates from Bradford Exchange** | J | **500.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing** | J | **200.00** |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >  **1,727.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re      **Thomas P Gorski,**                                    Case No. _____
           **Michelle L Gorski**
           _____
                              Debtors
                **SCHEDULE B. PERSONAL PROPERTY**
                        (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **United States Filter Corporation Retirement Savings Plan** | H | 423.16 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **2003 State income tax refund** | J | 107.00 |
| | | **2003 Federal income tax refund** | J | 2,700.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                          Sub-Total >              3,230.16
                                                       (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Thomas P Gorski,**
    **Michelle L Gorski**
                                 Debtors

Case No. _____

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1991 Plymouth Grand Voyager** | J | 800.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

                                               Sub-Total >    **800.00**
          (Total of this page)
                                                     Total >    **5,757.16**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Thomas P Gorski,**
       **Michelle L Gorski,**

Case No._____

_____
Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
☑ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                         been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day
                         period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest
                         is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Townhome** | **735 ILCS 5/12-901** | **15,000.00** | **132,500.00** |
| **3610 Linden Drive** | | | |
| **Island Lake IL 60042** | | | |
| **Cash on Hand** | | | |
| **Cash** | **735 ILCS 5/12-1001(b)** | **20.00** | **20.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account 8501174106** | **735 ILCS 5/12-1001(b)** | **100.00** | **0.00** |
| **Harris Bank Crystal Lake** | | | |
| **Household Goods and Furnishings** | | | |
| **Misc household items and furniture** | **735 ILCS 5/12-1001(b)** | **573.00** | **1,000.00** |
| **Signature plates from Bradford Exchange** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **735 ILCS 5/12-1001(a)** | **100%** | **200.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **2003 State income tax refund** | **735 ILCS 5/12-1001(b)** | **107.00** | **107.00** |
| **2003 Federal income tax refund** | **735 ILCS 5/12-1001(b)** | **2,700.00** | **2,700.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1991 Plymouth Grand Voyager** | **735 ILCS 5/12-1001(c)** | **1,200.00** | **800.00** |

  **0**  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6D
(12/03)

In re  **Thomas P Gorski,**
    **Michelle L Gorski**

Case No. _____

Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **850117416** <br><br> **Harris Trust & Savings Bank** <br> **PO Box 94033** <br> **Palatine, IL 60094-4033** | | J | **Checking account 8501174106** <br> **Harris Bank Crystal Lake** <br><br><br> Value $       **0.00** | | | | 402.16 | 402.16 |
| Account No. **2865186** <br><br> **Household Mortgage Services** <br> **PO Box 2369** <br> **Brandon, FL 33509** | | H | **Second Mortgage** <br><br> **Townhome** <br> **3610 Linden Drive** <br> **Island Lake IL 60042** <br> Value $   **132,500.00** | | | | 25,000.00 | 0.00 |
| Account No. **15-19-426-037** <br><br> **McHenry County Tax Collector** <br> **2200 N Seminary Ave** <br> **Woodstock, IL 60098** | | J | **2002** <br><br> **Real Estate Taxes** <br><br> **Townhome** <br> **3610 Linden Drive** <br> **Island Lake IL 60042** <br> Value $   **132,500.00** | | | | 3,900.00 | 0.00 |
| Account No. **0099750028** <br><br> **Ocwen Federal Bank FSB** <br> **12650 Ingenuity Drive** <br> **Orlando, FL 32826-2703** | | J | **First Mortgage** <br><br> **Townhome** <br> **3610 Linden Drive** <br> **Island Lake IL 60042** <br><br> Value $   **132,500.00** | | | | 84,892.71 | 0.00 |

  **1**   continuation sheets attached

Subtotal
(Total of this page)

114,194.87

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re    **Thomas P Gorski,**
     **Michelle L Gorski**

Case No. _____

_____,
Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Secured loan | | | | | |
| **Putnam Investments** **PO Box 41203** **Providence, RI 02940-1203** | | J | **United States Filter Corporation Retirement Savings Plan** | | | | | |
| | | | Value $            423.16 | | | | 1,097.16 | 674.00 |
| Account No. | | | Homeowners Assn Dues | | | | | |
| **Southport Village Homeowners Assn** **c/o Kovitz, Shifrin, & Nesbit** **750 Lake Cook Road** **Buffalo Grove, IL 60089** | | J | **Townhome** **3610 Linden Drive** **Island Lake IL 60042** | | | | | |
| | | | Value $          132,500.00 | | | | 1,000.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    **2,097.16**

Total
(Report on Summary of Schedules)    **116,292.03**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6E
(04/04)

In re    **Thomas P Gorski,**                                              Case No. _____
         **Michelle L Gorski**
_____
                    Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    continuation sheets attached

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **Thomas P Gorski,**
       **Michelle L Gorski,**

Case No. _____

Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **333742106**<br><br>**Illinois Department of Revenue**<br>**Springfield, IL 62776-0001** | | | | J | **2002**<br><br>**Income taxes owed** | | | | **178.98** | **178.98** |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **178.98** | |
| Total (Report on Summary of Schedules) | **178.98** | |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form H6F
(12/03)

In re    **Thomas P Gorski,**
         **Michelle L Gorski**

Case No. _____

---
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **58508** **Adult & Pediatric Orthopedics** **555 Corporate Woods Pkwy** **Vernon Hills, IL 60061** | | J | Medical Services | | | | 125.00 |
| Account No. **multiple** **Advocate Good Shepherd Hospital** **450 W Hwy 22** **Barrington, IL 60010-1901** | | W | Medical Services | | | | 9,191.04 |
| Account No. **GORTH000** **Amina M Rahim MD** **PO Box 958722** **Schaumburg, IL 60195-8722** | | H | Medical Services | | | | 350.00 |
| Account No. **1001258065** **Armor Systems Co** **2322 N Greenbay Rd** **Waukegan, IL 60087** | | W | Opened  7/01/03 Collection Dr. Saini | | | | 270.00 |

___13___   continuation sheets attached

Subtotal
(Total of this page)

9,936.04

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

S/N:21219-040331    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    Thomas P Gorski,          Case No. _____
         Michelle L Gorski
                                   ,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6861 Asad Shah MD 2250 Algonquin Rd #116 Lake In The Hills, IL 60156-1273 | | W | Medical Services | | | | 600.00 |
| Account No. 5432091 Avon Morton Grove I c/o Allied Data Corporation 1311 Westheimer Ste 400 Houston, TX 77077-5547 | | W | | | | | 1,659.31 |
| Account No. 42-3243555 Barrington Radiology & Imaging Asso PO Box 71129 Chicago, IL 60694 | | W | Medical Services | | | | 40.54 |
| Account No. 585784 Best Practices Inpatient Care SC 363 N Main St Ste B Wauconda, IL 60084-3037 | | W | Medical Services | | | | 460.00 |
| Account No. 0003752 BHC Streamwood Hospital 1400 E Irving Park Road Streamwood, IL 60107 | | J | 9/03 Medical Services | | | | 42.00 |

Sheet no. 1 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,801.85**

Copyright (c) 1995-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Thomas P Gorski,**
     **Michelle L Gorski**

Case No. _____

                         Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. B03430325<br><br>**Buffalo Grove Fire Dept**<br>**Dept B2**<br>**PO Box 457**<br>**Wheeling, IL 60090** | | W | **12/03**<br>**Medical Transportation** | | | | 330.47 |
| Account No. 5291-1517-7197-6469<br><br>**Capital One Bank**<br>**11013 W Broad St**<br>**Glen Allen, VA 23060** | | W | **Opened 9/07/00 Last Active 7/01/02**<br>**Credit card purchases** | | | | 1,395.00 |
| Account No. multiple<br><br>**Caring Family SC**<br>**781 McHenry Ave**<br>**Crystal Lake, IL 60014** | | J | **Medical Services** | | | | 963.00 |
| Account No. 271439046<br><br>**Cingular Wireless**<br>**PO Box 806055**<br>**Chicago, IL 60680-6055** | | H | **Cellular Telephone Services** | | | | 213.77 |
| Account No. 486024<br><br>**Computer Credit Svc Co**<br>**Po Box 60201**<br>**Chicago, IL 60660** | | H | **Opened 6/01/02**<br>**Collection Family Medicine Spec** | | | | 70.00 |

Sheet no. __2__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,972.24

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Thomas P Gorski,**
        **Michelle L Gorski**                                    Case No. _____

_____
                                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **multiple** <br><br> **Condell Medical Center** <br> **Dept 77-97169** <br> **Chicago, IL 60678-7169** | | W | **Medical Services** | | | | 150.00 |
| Account No. **33000273** <br><br> **Daily Herald** <br> **385 Airport Rd** <br> **Elgin, IL 60123** | | W | | | | | 117.35 |
| Account No. **7543700** <br><br> **Demir Medical Group** <br> **303 E Army Trail Rd** <br> **Bloomingdale, IL 60108** | | W | **Medical Services** | | | | 20.00 |
| Account No. **000577679** <br><br> **Elgin Radiology Assoc SC** <br> **c/o Tri-County Accounts Bureau** <br> **PO Box 515** <br> **Wheaton, IL 60189-0515** | | W | **Medical Services** | | | | 50.00 |
| Account No. **80501019696** <br><br> **Fingerhut Credit Advanta** <br> **Po Box 3335** <br> **Saint Cloud, MN 56372** | | W | Opened  3/01/01  Last Active  8/01/02 <br> ChargeAccount | | | | 499.00 |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            836.35

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Thomas P Gorski,**
**Michelle L Gorski**

Case No. _____

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5178007036702728<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | H | **Opened 8/01/02**<br>**ChargeAccount** | | | | 587.00 |
| Account No. 5230022000008123<br><br>**First Usa Bank N A**<br>**3565 Piedmont Rd Ne**<br>**Atlanta, GA 30305** | | J | **Opened 7/01/00  Last Active 2/20/03**<br>**ChargeAccount** | | | | 4,444.00 |
| Account No.<br><br>**Flood Busters**<br>**c/o Credit Management Services**<br>**25 Northwest Point Blvd**<br>**Elk Grove Village, IL 60007-1030** | | H | **Professional Service** | | | | 981.33 |
| Account No. 00001129-01<br><br>**Gentle Dental of Island Lake Ltd**<br>**27979 N Converse Rd**<br>**Island Lake, IL 60042** | | J | **Dental Services** | | | | 71.00 |
| Account No. 191119<br><br>**Hb/Bestbuy**<br>**Po Box 15519**<br>**Wilmington, DE 19850** | | H | **Opened 7/01/02**<br>**ChargeAccount** | | | | 1,395.00 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,478.33

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form H6F - Cont.
(12/03)

In re    **Thomas P Gorski,**
**Michelle L Gorski**

Case No. _____

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5406330001634013<br><br>**Hhld Bank**<br>**Po Box 98706**<br>**Las Vegas, NV 89193** | | H | **Opened 7/01/02**<br>**ChargeAccount** | | | | 1,871.00 |
| Account No. A81309<br><br>**Horizons Behavioral Health**<br>**970 McHenry Ave**<br>**Crystal Lake, IL 60014** | | W | **Medical Services** | | | | 47.50 |
| Account No. 0003111<br><br>**Kanu Panchal MD**<br>**4309 Medical Center Dr #B305**<br>**McHenry, IL 60050** | | W | **Medical Services** | | | | 190.00 |
| Account No. 310292<br><br>**Lake Cook Neurological Consultants**<br>**8780 W Golf Rd**<br>**Ste 202**<br>**Niles, IL 60714** | | W | **Medical Services** | | | | 350.00 |
| Account No. multiple<br><br>**Lake Forest Hospital**<br>**660 N Westmoreland Rd**<br>**Lake Forest, IL 60045** | | W | **Medical Services** | | | | 7,584.53 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,043.03

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Thomas P Gorski,**
        **Michelle L Gorski**                                      Case No. _____
                                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **multiple**<br><br>**Lake/McHenry Pathology Assoc.**<br>**641 E Butterfield Rd**<br>**Suite 407**<br>**Lombard, IL 60148** | | | W | | Medical Services | | | | 1,923.00 |
| Account No. **multiple**<br><br>**McHenry Rad & Imaging Assoc SC**<br>**PO Box 220**<br>**Mchenry, IL 60051** | | | W | | Medical services | | | | 207.00 |
| Account No. **0339KDS**<br><br>**Medical Financial Management Inc**<br>**8135 Milwaukee Avenue**<br>**Niles, IL 60714-2828** | | | W | | 5/22/03<br>Kevin D Shoults MD | | | | 543.00 |
| Account No. **A0402700179**<br><br>**Memorial Medical Center**<br>**P.O. Box 1990**<br>**Woodstock, IL 60098** | | | J | | Medical Services | | | | 60.00 |
| Account No. **A0405100094**<br><br>**Memorial Medical Center**<br>**P.O. Box 1990**<br>**Woodstock, IL 60098** | | | J | | Medical Services | | | | 50.00 |

Sheet no. __6__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,783.00

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Thomas P Gorski,**
        **Michelle L Gorski**

Case No. _____

                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Michael C. Poper PC <br> 130 Cass St <br> Woodstock, IL 60098 | | W | Professional Service | | | | 1,563.12 |
| Account No. multiple <br><br> Midwest Diagnostic Pathology <br> 75 Remittance DR <br> Ste 3070 <br> Chicago, IL 60675-3070 | | W | Medical Services | | | | 137.00 |
| Account No. multiple <br><br> Moraine Emergency Physicians <br> PO Box 8759 <br> Philadelphia, PA 19101 | | W | Medical Services | | | | 867.00 |
| Account No. 10710849319 <br><br> New South Fedl Svgs Bk <br> 251 No 21st Street <br> Birmingham, AL 35210 | | H | Opened 12/01/99  Last Active  4/01/00 | | | | Unknown |
| Account No. 524930993990625 <br><br> Nicor Gas <br> 1844 Ferry Road <br> Naperville, IL 60563 | | H | Opened  6/25/99  Last Active  1/13/04 | | | | 541.00 |

Sheet no. __7__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,108.12

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Thomas P Gorski,**
**Michelle L Gorski**
                                                                            Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **multiple** <br><br> **Northern Illinois Medical Center** <br> **PO Box 1447** <br> **Woodstock, IL 60098-1447** | | H | **Medical services** | | | | 15,858.37 |
| Account No. **multiple** <br><br> **Northwest Community Hospital** <br> **PO Box 95865** <br> **Chicago, IL 60694** | | W | **Medical services** | | | | 3,395.42 |
| Account No. **13936** <br><br> **Novas & Associates SC** <br> **111 Lions Dr** <br> **Ste 210** <br> **Barrington, IL 60010** | | W | **Medical Services** | | | | 20.00 |
| Account No. **50940** <br><br> **P K Mitra MD** <br> **Sanjukta Mitra MD** <br> **4318 W Crystal Lake Rd   Ste B** <br> **McHenry, IL 60050-4250** | | W | **Medical Services** | | | | 4,875.00 |
| Account No. **0420*0014921674** <br><br> **Patrick Connor MD SC** <br> **PO Box 808** <br> **Grand Rapids, MI 49518-0808** | | W | **12/03** <br> **Medical Services** | | | | 107.00 |

Sheet no. __**8**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        24,255.79

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Thomas P Gorski,**
         **Michelle L Gorski**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 57235067055 <br><br> **Professional Collection** <br> **103 N Chicago** <br> **Freeport, IL 61032** | | | W | | **Opened 3/01/03** <br> **Collection Atec Ambulance Inc** | | | | 623.00 |
| Account No. multiple <br><br> **Provena St. Joseph Hospital** <br> **77 North Airlite Street** <br> **Elgin, IL 60123** | | | J | | **Medical Services** | | | | 238.00 |
| Account No. 4121-3719-0051-4341 <br><br> **Providian** <br> **PO Box 660490** <br> **Dallas, TX 75266-0490** | | | H | | **various** <br> **Credit card purchases** | | | | 2,965.91 |
| Account No. 17171 <br><br> **Rescue Medical Transport** <br> **810 Morse Ave** <br> **Schaumburg, IL 60193** | | | W | | **7/03** <br> **Medical Transportation** | | | | 283.78 |
| Account No. 1I1000737385 <br><br> **Revenue Management Of MI** <br> **221 Metro Dr. Suit** <br> **Jefferson City, MO 65109** | | | W | | **Opened 4/08/99 Last Active 2/01/02** <br> **Collection Columbus Hospital I** | | | | 4,029.00 |

| Sheet no. __9__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 8,139.69 |
|---|---|---|

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Thomas P Gorski,**
        **Michelle L. Gorski**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Revenue Security Services** <br>**PO Box 782408** <br>**San Antonio, TX 78278** | | H | | **NSF Check** | | | | 112.00 |
| Account No. **3627** <br><br>**River West Anesthesiologists** <br>**185 Penny Ave** <br>**East Dundee, IL 60118** | | W | | **Medical Services** | | | | 130.00 |
| Account No. **926004008890** <br><br>**Rnb-Dayton/Hudson/Fields** <br>**3701 Wayzata Blvd** <br>**Minneapolis, MN 55416** | | W | | **Opened 6/24/02 Last Active 2/22/03** <br>**ChargeAccount** | | | | 411.00 |
| Account No. **7001191119759554** <br><br>**Sherman Acquisition** <br>**Po Box 740281** <br>**Houston, TX 77274** | | H | | **Opened 8/01/03** | | | | 1,456.00 |
| Account No. **multiple** <br><br>**Sherman Hospital** <br>**934 Center Street** <br>**Elgin, IL 60120-2198** | | W | | **multiple** <br>**Medical services** | | | | 6,083.79 |

Sheet no. __**10**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,192.79

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Thomas P Gorski,**
         **Michelle L Gorski**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 81973802<br><br>Sherman Hospital<br>934 Center Street<br>Elgin, IL 60120-2198 | | J | Medical services | | | | 298.25 |
| Account No. 81854996<br><br>Sherman Hospital<br>934 Center Street<br>Elgin, IL 60120-2198 | | H | Medical services | | | | 58.25 |
| Account No. 82031930<br><br>Sherman Hospital<br>934 Center Street<br>Elgin, IL 60120-2198 | | W | 4/26/04<br>Medical services | | | | 552.65 |
| Account No. 6861<br><br>Syed S Asghar MDPC<br>80 N Virginia St<br>Crystal Lake, IL 60014 | | W | Medical Services | | | | 600.00 |
| Account No. 107676<br><br>The Center for Neurology<br>750 E Terra Cotta Ave<br>Ste A<br>Crystal Lake, IL 60014 | | J | Medical services | | | | 1,550.00 |

Sheet no. \_\_11\_\_ of \_13\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,059.15

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Thomas P Gorski,**
       **Michelle L Gorski**

Case No. _____

Debtors,

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **multiple**<br><br>**Tri - County Emergency Physicians**<br>PO Box 98<br>Barrington, IL 60010 | W | | multiple<br>**Medical services** | | | | 3,103.68 |
| Account No. **1146014728**<br><br>**Triology Capital Management**<br>c/o Focus Receivables Management<br>PO Box 725069<br>Atlanta, GA 31139-2069 | J | | | | | | 4,264.22 |
| Account No. **9194218**<br><br>**Uac/Sst**<br>4315 Pickett Road<br>Saint Joseph, MO 64503 | H | | Opened  9/15/00<br>**Automobile** | | | | 4,264.00 |
| Account No. **240100099**<br><br>**Union Acceptance Corp**<br>250 N Shadeland Ave<br>Indianapolis, IN 46219 | H | | Opened  9/01/00  Last Active  2/21/03<br>**Automobile Repossessed** | | | | 5,237.00 |
| Account No. **7803504**<br><br>**United Compucred**<br>4190 Harrison Ave<br>Cincinnati, OH 45211 | H | | Opened  7/01/03 | | | | 52.00 |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,920.90

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Thomas P Gorski,**
         **Michelle L Gorski**

Case No. _____

_____
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **000034EV88** <br><br> **United Parcel Service** <br> **PO Box 20584** <br> **Lehigh Valley, PA 18002-0584** | | J | | | | | 33.64 |
| Account No. **60469** <br><br> **Wauconda Fire Department** <br> **PO Box 457** <br> **Wheeling, IL 60090** | | W | Medical Transportation | | | | 400.00 |
| Account No. **2775490** <br><br> **Welcome Wagon** <br> **c/o Allen Maxwell & Silver** <br> **190 Sylvan Ave** <br> **Englewood Cliffs, NJ 07632** | | W | | | | | 1,382.00 |
| Account No. **106-1-0000268430** <br><br> **Woodstock Imaging Associates** <br> **641 E Butterfield Rd** <br> **Ste 407** <br> **Lombard, IL 60148** | | W | Medical Services | | | | 187.00 |
| Account No. | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        2,002.64

Total
(Report on Summary of Schedules)        102,529.92

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re   **Thomas P Gorski,**                                          Case No. _____
       **Michelle L Gorski**

_____
                         Debtors

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
       schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re      **Thomas P Gorski,**                                              Case No. _____
           **Michelle L Gorski**
_____
                        Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

_**0**_   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6I
(12/03)

In re   **Thomas P Gorski,**            Case No. _____
        **Michelle L Gorski**

                                    Debtors

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Married** | **Daughter** | **4** |
| | **Son** | **8** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Service Technician** | |
| Name of Employer | **Culligan** | |
| How long employed | **4.5 years** | |
| Address of Employer | **380 Memorial Drive** **Crystal Lake, IL 60014** | |

| INCOME:  (Estimate of average  monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **3,854.12** | $ **N/A** |
| Estimated monthly overtime | $ **0.00** | $ **N/A** |
| SUBTOTAL | $ **3,854.12** | $ **N/A** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **512.14** | $ **N/A** |
| b. Insurance | $ **216.53** | $ **N/A** |
| c. Union dues | $ **0.00** | $ **N/A** |
| d. Other (Specify) **401k loan** | $ **25.57** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **754.24** | $ **N/A** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **3,099.88** | $ **N/A** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **N/A** |
| Income from real property | $ **0.00** | $ **N/A** |
| Interest and dividends | $ **0.00** | $ **N/A** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **N/A** |
| Social security or other government assistance (Specify) | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| Pension or retirement income | $ **0.00** | $ **N/A** |
| Other monthly income (Specify) | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| TOTAL MONTHLY INCOME | $ **3,099.88** | $ **N/A** |

TOTAL COMBINED MONTHLY INCOME        $ **3,099.88**          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re    **Thomas P Gorski,**
        **Michelle L Gorski**

Case No. _____

Debtors

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . . . . . . . . . . | $ 691.31 |
| Are real estate taxes included?    Yes_____   No_____X_____ | |
| Is property insurance included?    Yes__X__   No_____ | |
| Utilities:   Electricity and heating fuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 250.00 |
|            Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 50.00 |
|            Telephone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 75.00 |
|            Other_____**Garbage/Cable**_____ . . . . . . . | $ 60.00 |
| Home maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 100.00 |
| Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 500.00 |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 125.00 |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 10.00 |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 150.00 |
| Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 125.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . . . . . . . . . . . . . . . | $ 150.00 |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|            Homeowner's or renter's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
|            Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
|            Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
|            Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 40.00 |
|            Other_____ . . . . . . . | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
|            (Specify)____**Real Estate Taxes**_____ . . . . . . . | $ 225.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
|            Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
|            Other_____**Homeowners association dues**_____ . . . . . . . | $ 40.00 |
|            Other_____**Home Equity loan**_____ . . . . . . . | $ 158.16 |
|            Other_____ . . . . . . . | $ 0.00 |
| Alimony, maintenance, and support paid to others . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Payments for support of additional dependents not living at your home . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . . . . . | $ 0.00 |
| Other_____ . . . . . . . | $ 0.00 |
| Other_____ . . . . . . . | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) . . . . . . . . . . . . . . . . . . | $ 2,749.47 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 3,099.88 |
| B. Total projected monthly expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 2,749.47 |
| C. Excess income (A minus B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 350.41 |
| D. Total amount to be paid into plan each _____**Monthly**_____ . . . . . . . | $ 350.41 |

(interval)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Thomas P Gorski**
**Michelle L Gorski**
_____
Debtor(s)

Case No. _____
Chapter   **13** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **28** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 23, 2004** _____   Signature _____
**Thomas P Gorski**
Debtor

Date **May 23, 2004** _____   Signature _____
**Michelle L Gorski**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Thomas P Gorski**
**Michelle L Gorski** _____   Case No. _____
_____ Debtor(s)   Chapter   **13**  _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____   _____   _____   _____   __

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$40,549.00** | **2002 income from federal tax return** |
| **$36,771.00** | **2003 income from federal tax return** |
| **$17,343.53** | **2004 YTD income for husband from paycheck from US Filter dated 4/9/04** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

2

### 3. Payments to creditors

**None** ■ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Mortgage Electronic Registration Systems Inc Nominee For Household Finance Corporation** **vs** **Thomas P Gorski Michelle L Gorski 04 CH 160** | **Foreclosure** | **Circuit Court of the Nineteenth Judicial Circuit McHenry County Woodstock Illinois** | **Judgement for foreclosure** |

**None** ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

**None** ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Union Acceptance Corp PO Box 1083 Indianapolis, IN 46206** | **2003** | **1992 Dodge Caravan value unknown** |

3

### 6. Assignments and receiverships

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| Gloria & Butch Bauer | Debtors parents | 12/25/03 | $150 |
| Linda & Larry Teronde | codebtors parents | 12/25/03 | $150 |

### 8. Losses

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 10. Other transfers

None
■ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

4

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Harris Bank**<br>**Route 14**<br>**Crystal Lake, IL 60014** | **Checking account 8827**<br>**Final balance $0** | **Closed 10/7/03** |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

6

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■
a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|----------------------------|--------------------------------|

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|----------------------|--------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **May 23, 2004**         Signature    *Thomas P Gorski*
                                                        **Thomas P Gorski**
                                                        Debtor

Date   **May 23, 2004**         Signature    *Michelle L Gorski*
                                                        **Michelle L Gorski**
                                                        Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Thomas P Gorski**
**Michelle L Gorski**

Debtor(s)

Case No. _____

Chapter   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,200.00 |
| Prior to the filing of this statement I have received | $ | 1,100.00 |
| Balance Due | $ | 1,100.00 |

2.   The source of the compensation paid to me was:

☑ Debtor   ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☑ Debtor   ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **May 23, 2004**

Steven J. Brody 06205619
**Steven J. Brody & Associates, Ltd.**
**101 N. Virginia Street, Suite 110**
**Crystal Lake, IL 60014**
**815-479-8800   Fax: 815-479-8880**

---

## United States Bankruptcy Court
### Northern District of Illinois

In re      **Thomas P Gorski**
     **Michelle L Gorski**

Debtor(s)

Case No. _____

Chapter ___**13**_____

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **May 23, 2004** _____

**Thomas P Gorski**
Signature of Debtor

Date: **May 23, 2004** _____

**Michelle L Gorski**
Signature of Debtor

A/R Concepts Inc
2320 Dean St
Bldg 2-202
Saint Charles, IL 60175

Adult & Pediatric Orthopedics
555 Corporate Woods Pkwy
Vernon Hills, IL 60061

Advocate Good Shepherd Hospital
450 W Hwy 22
Barrington, IL 60010-1901

Allen Maxwell & Silver Inc
190 Sylvan Ave
Englewood Cliffs, NJ 07632

Allied Data Corporation
13111 Westheimer
Suite 400
Houston, TX 77077-5547

Allied Interstate Inc
3070 Lawson Blvd
Oceanside, NY 11572-9017

American Collections
919 Estes Ct
Schaumburg, IL 60193

Amina M Rahim MD
PO Box 958722
Schaumburg, IL 60195-8722

Armor Systems Co
2322 N Greenbay Rd
Waukegan, IL 60087

Asad Shah MD
2250 Algonquin Rd #116
Lake In The Hills, IL 60156-1273

ATG Credit LLC
PO Box 14895
Chicago, IL 60614-4895

Avon Morton Grove I
c/o Allied Data Corporation
1311 Westheimer  Ste 400
Houston, TX 77077-5547


Barrington Radiology & Imaging Asso
PO Box 71129
Chicago, IL 60694


Best Practices Inpatient Care SC
363 N Main St
Ste B
Wauconda, IL 60084-3037


BHC Streamwood Hospital
1400 E Irving Park Road
Streamwood, IL 60107


Biehl & Biehl, Inc
PO Box 66415
Chicago, IL 60666-0415


Buffalo Grove Fire Dept
Dept B2
PO Box 457
Wheeling, IL 60090


C.B. Accounts
1101 Main St
Peoria, IL 61606


Capital One Bank
11013 W Broad St
Glen Allen, VA 23060


Caring Family SC
781 McHenry Ave
Crystal Lake, IL 60014


Certified Services Inc
PO Box 177
Waukegan, IL 60085

Cingular Wireless
PO Box 806055
Chicago, IL 60680-6055


Computer Credit Inc
Claim Dept 16032
640 W Fourth St
Winston Salem, NC 27113-5238


Computer Credit Svc Co
Po Box 60201
Chicago, IL 60660


Condell Medical Center
Dept 77-97169
Chicago, IL 60678-7169


Credit Management Services
25 Northwest Point Blvd
Ste 750
Elk Grove Village, IL 60007-1030


Daily Herald
385 Airport Rd
Elgin, IL 60123


Demir Medical Group
303 E Army Trail Rd
Bloomingdale, IL 60108


Dennis A Brebneer & Assoc
860 Northpoint Blvd
Waukegan, IL 60085-8211


Elgin Radiology Assoc SC
c/o Tri-County Accounts Bureau
PO Box 515
Wheaton, IL 60189-0515


ER Solutions Inc
PO Box 9004
Renton, WA 98057

Financial Asset Management Systems
PO Box 926050
Norcross, GA 30010-6050


Fingerhut Credit Advanta
Po Box 3335
Saint Cloud, MN 56372


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


First Usa Bank N A
3565 Piedmont Rd Ne
Atlanta, GA 30305


Flood Busters
c/o Credit Management Services
25 Northwest Point Blvd
Elk Grove Village, IL 60007-1030


Focus Receivables Management
PO Box 725069
Atlanta, GA 31139-2069


Gentle Dental of Island Lake Ltd
27979 N Converse Rd
Island Lake, IL 60042


Harris & Harris, LTD.
600 W Jackson Blvd
Suite 700
Chicago, IL 60661


Harris Trust & Savings Bank
PO Box 94033
Palatine, IL 60094-4033


Hb/Bestbuy
Po Box 15519
Wilmington, DE 19850


Hhld Bank
Po Box 98706
Las Vegas, NV 89193

Horizons Behavioral Health
970 McHenry Ave
Crystal Lake, IL 60014


Household Mortgage Services
PO Box 2369
Brandon, FL 33509


Illinois Department of Revenue
Springfield, IL 62776-0001


J C Christensen & Assoc Inc
PO Box 519
Sauk Rapids, MN 56379


Kanu Panchal MD
4309 Medical Center Dr #B305
McHenry, IL 60050


Lake Cook Neurological Consultants
8780 W Golf Rd
Ste 202
Niles, IL 60714


Lake Forest Hospital
660 N Westmoreland Rd
Lake Forest, IL 60045


Lake/McHenry Pathology Assoc.
641 E Butterfield Rd
Suite 407
Lombard, IL 60148


Law Offices of Ira T Nevel
175 North Franklin
Ste 201
Chicago, IL 60606


Malcolm S Gerald & Assoc
332 S Michigan Ave
Ste 514
Chicago, IL 60604

Malcolm S Gerald & Associates
332 South Michigan Ave
Suite 600
Chicago, IL 60604


McHenry County Tax Collector
2200 N Seminary Ave
Woodstock, IL 60098


McHenry Rad & Imaging Assoc SC
PO Box 220
Mchenry, IL 60051


Medical Business Bureau
PO Box 1219
Park Ridge, IL 60068


Medical Financial Management Inc
8135 Milwaukee Avenue
Niles, IL 60714-2828


Medical Recovery Specialists
2200 E Devon Avenue
Ste 288
Des Plaines, IL 60018


Memorial Medical Center
P.O. Box 1990
Woodstock, IL 60098


Michael C. Poper PC
130 Cass St
Woodstock, IL 60098


Midwest Diagnostic Pathology
75 Remittance DR
Ste 3070
Chicago, IL 60675-3070


Moraine Emergency Physicians
PO Box 8759
Philadelphia, PA 19101

NCO Financial Systems
PO Box 41417
Dept 99
Philadelphia, PA 19101


New South Fedl Svgs Bk
251 No 21st Street
Birmingham, AL 35210


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Northern Illinois Medical Center
PO Box 1447
Woodstock, IL 60098-1447


Northwest Community Hospital
PO Box 95865
Chicago, IL 60694


Novas & Associates SC
111 Lions Dr
Ste 210
Barrington, IL 60010


Ocwen Federal Bank FSB
12650 Ingenuity Drive
Orlando, FL 32826-2703


Osi Collection Service
31229 Cedar Valley Dr
Westlake Village, CA 91362


OSI Collection Services
PO Box 550720
Jacksonville, FL 32255-0720


P K Mitra MD
Sanjukta Mitra MD
4318 W Crystal Lake Rd   Ste B
McHenry, IL 60050-4250

Patrick Connor MD SC
PO Box 808
Grand Rapids, MI 49518-0808


Pellettieri & Associates
991 Oak Creek Drive
Lombard, IL 60148


Portfolio Recovery Assc.
PO Box 12914
Norfolk, VA 23541


Professional Collection
103 N Chicago
Freeport, IL 61032


Provena St. Joseph Hospital
77 North Airlite Street
Elgin, IL 60123


Providian
PO Box 660490
Dallas, TX 75266-0490


Putnam Investments
PO Box 41203
Providence, RI 02940-1203


Rescue Medical Transport
810 Morse Ave
Schaumburg, IL 60193


Revenue Management Of Mi
221 Metro Dr. Suit
Jefferson City, MO 65109


Revenue Security Services
PO Box 782408
San Antonio, TX 78278


River West Anesthesiologists
185 Penny Ave
East Dundee, IL 60118

Rnb-Dayton/Hudson/Fields
3701 Wayzata Blvd
Minneapolis, MN 55416


Sherman Acquisition
Po Box 740281
Houston, TX 77274


Sherman Hospital
934 Center Street
Elgin, IL 60120-2198


Southport Village Homeowners Assn
c/o Kovitz, Shifrin, & Nesbit
750 Lake Cook Road
Buffalo Grove, IL 60089


Syed S Asghar MDPC
80 N Virginia St
Crystal Lake, IL 60014


The Center for Neurology
750 E Terra Cotta Ave
Ste A
Crystal Lake, IL 60014


Tri - County Emergency Physicians
PO Box 98
Barrington, IL 60010


Tri-County Accounts Bureau
PO Box 515
Wheaton, IL 60189


Triology Capital Management
c/o Focus Receivables Management
PO Box 725069
Atlanta, GA 31139-2069


Uac/Sst
4315 Pickett Road
Saint Joseph, MO 64503

Union Acceptance Corp
250 N Shadeland Ave
Indianapolis, IN 46219


United Compucred
4190 Harrison Ave
Cincinnati, OH 45211


United Parcel Service
PO Box 20584
Lehigh Valley, PA 18002-0584


Wauconda Fire Department
PO Box 457
Wheeling, IL 60090


Welcome Wagon
c/o Allen Maxwell & Silver
190 Sylvan Ave
Englewood Cliffs, NJ 07632


Woodstock Imaging Associates
641 E Butterfield Rd
Ste 407
Lombard, IL 60148