# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  THOMAS P. GORSKI              §        Case No. 04-72738
        MICHELLE L. GORSKI            §
                                      §
                                      §
        Debtors                       §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 05/25/2004.

2) The plan was confirmed on 08/06/2004.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 05/20/2009.

6) Number of months from filing or conversion to last payment: 59.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $20,400.00.

10) Amount of unsecured claims discharged without full payment: $95,577.39.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 21,029.19 | |
| Less amount refunded to debtor | $ 4.59 | |
| **NET RECEIPTS** | | $ 21,024.60 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,105.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,450.94 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,555.94 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY STEVEN J BRODY | Lgl | 1,105.00 | 1,105.00 | 1,105.00 | 1,105.00 | 0.00 |
| HARRIS TRUST & SAVINGS | Sec | 402.16 | 0.00 | 0.00 | 0.00 | 0.00 |
| HARRIS TRUST & SAVINGS | Uns | 0.00 | 402.16 | 0.00 | 0.00 | 0.00 |
| HOUSEHOLD FINANCIAL SERVICES | Sec | 6,000.00 | 4,855.41 | 4,855.41 | 4,855.41 | 0.00 |
| MCHENRY COUNTY TREASURER | Sec | 3,900.00 | 3,900.00 | 0.00 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Sec | 6,000.00 | 8,294.55 | 6,000.00 | 6,000.00 | 0.00 |
| PUTNAM INVESTMENTS | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| SOUTHPORT HOMEOWNERS | Sec | 1,000.00 | 2,058.97 | 1,000.00 | 1,000.00 | 0.00 |
| SOUTHPORT HOMEOWNERS | Uns | 0.00 | 0.00 | 1,058.97 | 273.75 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 178.98 | 143.27 | 143.27 | 143.27 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 23.94 | 23.94 | 6.19 | 0.00 |
| DENNIS A BREBNER & ASSOCIATES | Uns | 125.00 | 125.00 | 125.00 | 32.31 | 0.00 |
| ADVOCATE GOOD SHEPARD | Uns | 9,191.04 | 9,191.04 | 0.00 | 0.00 | 0.00 |
| AMINA M. RAHIM, MD | Uns | 350.00 | 350.00 | 0.00 | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP. | Uns | 270.00 | 270.00 | 0.00 | 0.00 | 0.00 |
| ASAD SHAH MD | Uns | 600.00 | 600.00 | 0.00 | 0.00 | 0.00 |
| ALLIED DATA CORPORATION | Uns | 1,659.31 | 1,659.31 | 0.00 | 0.00 | 0.00 |
| BARRINGTON RADIOLOGY & | Uns | 40.54 | 40.54 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BEST PRACTICES INPATIENT CARE | Uns | 460.00 | 460.00 | 0.00 | 0.00 | 0.00 |
| BHC STREAMWOOD HOSPITAL | Uns | 42.00 | 42.00 | 0.00 | 0.00 | 0.00 |
| BUFFALO GROVE FIRE | Uns | 330.47 | 330.47 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 1,395.00 | 1,171.90 | 1,171.90 | 302.94 | 0.00 |
| CARING FAMILY SC | Uns | 963.00 | 963.00 | 0.00 | 0.00 | 0.00 |
| CINGULAR WIRELESS | Uns | 213.77 | 213.77 | 0.00 | 0.00 | 0.00 |
| COMPUTER CREDIT SERVICE | Uns | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Uns | 150.00 | 150.00 | 0.00 | 0.00 | 0.00 |
| DAILY HERALD | Uns | 117.35 | 117.35 | 0.00 | 0.00 | 0.00 |
| DEMIR MEDICAL GROUP | Uns | 20.00 | 20.00 | 0.00 | 0.00 | 0.00 |
| TRI-COUNTY ACCOUNTS BUREAU | Uns | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 |
| FINGERHUT CREDIT ADVANTA | Uns | 499.00 | 499.00 | 0.00 | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 587.00 | 587.00 | 0.00 | 0.00 | 0.00 |
| B-FIRST LLC | Uns | 4,444.00 | 4,444.11 | 4,444.11 | 1,148.82 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Uns | 981.33 | 981.33 | 0.00 | 0.00 | 0.00 |
| GENTLE DENTAL OF ISLAND LAKE | Uns | 71.00 | 71.00 | 0.00 | 0.00 | 0.00 |
| HB/BESTBUY | Uns | 1,395.00 | 1,395.00 | 0.00 | 0.00 | 0.00 |
| B-LINE LLC | Uns | 1,871.00 | 1,871.97 | 1,871.97 | 483.91 | 0.00 |
| HORIZONS BEHAVIORAL HEALTH | Uns | 47.50 | 525.00 | 525.00 | 135.72 | 0.00 |
| KANU PANCHAL MD | Uns | 190.00 | 190.00 | 0.00 | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 350.00 | 350.00 | 350.00 | 90.47 | 0.00 |
| LAKE FOREST HOSPITAL | Uns | 7,584.53 | 6,311.03 | 6,311.03 | 1,631.44 | 0.00 |
| LAKE / MCHENRY PATHOLOGY | Uns | 1,923.00 | 1,923.00 | 0.00 | 0.00 | 0.00 |
| MCHENRY RADIOLOGY & | Uns | 207.00 | 207.00 | 0.00 | 0.00 | 0.00 |
| MEDICAL FINANCIAL | Uns | 543.00 | 543.00 | 0.00 | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 60.00 | 60.00 | 0.00 | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL C. POPER, PC | Uns | 1,563.12 | 1,597.81 | 1,597.81 | 413.05 | 0.00 |
| MIDWEST DIAGNOSTIC | Uns | 137.00 | 137.00 | 0.00 | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 867.00 | 867.00 | 0.00 | 0.00 | 0.00 |
| NEW SOUTH FEDERAL SAVINGS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 541.00 | 247.19 | 247.19 | 63.90 | 0.00 |
| NORTHERN ILLINOIS MEDICAL | Uns | 15,858.37 | 15,858.37 | 0.00 | 0.00 | 0.00 |
| PELLETTIERI & ASSOCIATES PC | Uns | 3,395.42 | 2,337.16 | 2,337.16 | 604.17 | 0.00 |
| NOVAS & ASSOCIATES | Uns | 20.00 | 20.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| P K MITRA MD | Uns | 4,875.00 | 4,875.00 | 0.00 | 0.00 | 0.00 |
| PATRICK CONNER | Uns | 107.00 | 107.00 | 0.00 | 0.00 | 0.00 |
| PROFESSIONAL COLLECTION | Uns | 623.00 | 623.00 | 0.00 | 0.00 | 0.00 |
| PROVENA ST. JOSEPH HOSPITAL | Uns | 238.00 | 238.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,965.91 | 2,965.91 | 2,965.91 | 766.71 | 0.00 |
| RESCUE MEDICAL TRANSPORT | Uns | 283.78 | 283.78 | 0.00 | 0.00 | 0.00 |
| REVENUE MANAGEMENT OF MI | Uns | 4,029.00 | 4,029.00 | 0.00 | 0.00 | 0.00 |
| REVENUE SECURITY SERVICES | Uns | 112.00 | 112.00 | 0.00 | 0.00 | 0.00 |
| RIVER WEST ANESTHESIOLOGISTS | Uns | 130.00 | 130.00 | 0.00 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 411.00 | 410.61 | 410.61 | 106.14 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 1,456.00 | 1,468.17 | 1,468.17 | 379.53 | 0.00 |
| SHERMAN HOSPITAL | Uns | 6,083.79 | 6,083.79 | 0.00 | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 298.25 | 298.25 | 0.00 | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 58.25 | 58.25 | 0.00 | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 552.65 | 552.65 | 0.00 | 0.00 | 0.00 |
| SYED S. ASGHAR MDPC | Uns | 600.00 | 600.00 | 0.00 | 0.00 | 0.00 |
| CENTER FOR NEUROLOGY | Uns | 1,550.00 | 1,550.00 | 0.00 | 0.00 | 0.00 |
| TRI-COUNTY EMERGENCY | Uns | 3,103.68 | 3,103.68 | 0.00 | 0.00 | 0.00 |
| FOCUS RECEIVABLES | Uns | 4,264.22 | 4,264.22 | 0.00 | 0.00 | 0.00 |
| SYSTEMS & SERVICES | Uns | 4,264.00 | 4,264.00 | 0.00 | 0.00 | 0.00 |
| UNION ACCEPTANCE | Uns | 5,237.00 | 5,237.00 | 0.00 | 0.00 | 0.00 |
| UNITED COMPUCRED | Uns | 52.00 | 52.00 | 0.00 | 0.00 | 0.00 |
| UNITED PARCEL SERVICE | Uns | 33.64 | 33.64 | 33.64 | 8.70 | 0.00 |
| WAUCONDA FIRE DEPARTMENT | Uns | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 |
| ALLEN MAXWELL & SILVER | Uns | 1,382.00 | 1,382.00 | 0.00 | 0.00 | 0.00 |
| WOODSTOCK IMAGING ASSOC., | Uns | 187.00 | 187.00 | 0.00 | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Uns | 0.00 | 86.00 | 86.00 | 22.23 | 0.00 |
| EDWIN GUMPASS MD | Uns | 270.00 | 270.00 | 0.00 | 0.00 | 0.00 |
| CLERK OF U.S. BANKRUPTCY | Adm | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 11,855.41 | $ 11,855.41 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 11,855.41 | $ 11,855.41 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 143.27 | $ 143.27 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 143.27 | $ 143.27 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 25,028.41 | $ 6,469.98 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 2,555.94 |
| Disbursements to Creditors | $ 18,468.66 |
| **TOTAL DISBURSEMENTS:** | $ 21,024.60 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  11/23/2009            By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)